UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATTY CUMMINGS,

    Plaintiff,

v.                                                   Case No.:  2:20-cv-351-FtM-38NPM

RON DESANTIS,

    Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is Plaintiff Patty Cummings' Motion for Declaratory Judgment, to Advance Declaratory Judgment Determination, and for Speedy Hearing Pursuant to Fed. R. Civ. P. 57 (Doc. 18).

Cummings sued Ron DeSantis over executive orders that temporarily shut down her business—two fitness centers—in response to the COVID-19 pandemic. The Complaint seeks injunctive relief, monetary damages, and declaratory judgment.[2] DeSantis has not yet filed an answer. Cummings now asks the Court to hear and grant her request for declaratory judgment before ruling on any other substantive motions.

Local Rule 3.01(g) requires a moving party to confer with opposing counsel before filing a motion. Certain dispositive motions are exempt from the requirement. Cummings claims her Motion is exempt because it is a motion for judgment on the pleadings. Cummings request for declaratory judgment is indeed exempt from Local Rule 3.01(g),

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Cummings' request for an injunction was rendered moot when DeSantis allowed fitness centers to reopen.

but it is premature because pleadings are not closed.  See FED. R. CIV. P. 12(c) ("After the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings.").  The other relief requested in the Motion is not exempt from Local Rule 3.01(g), and it would be imprudent to consider unusual case-management requests before all parties have appeared.

Accordingly, it is now

**ORDERED:**

Plaintiff Patty Cummings' Motion for Declaratory Judgment, to Advance Declaratory Judgment Determination, and for Speedy Hearing Pursuant to Fed. R. Civ. P. 57 (Doc. 18) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of July, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record