UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATTY CUMMINGS,

    Plaintiff,

v.                                        Case No.:  2:20-cv-351-FtM-38NPM

RON DESANTIS,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on *sua sponte* review of the file.  On April 7, 2020, the Court granted Defendant Ron DeSantis's motion to dismiss Plaintiff Patty Cummings's Complaint.  (Doc. 28).  In doing so, it dismissed without prejudice the Complaint and gave Plaintiff until August 27, 2020, to file an amended complaint.  The Court warned Plaintiff that not doing so would result in the case being closed. (Doc. 28 at 8). To date, Plaintiff has not filed an amended complaint.  The Court's Opinion and Order (Doc. 28) thus becomes a final judgment and the case will be closed.  See *Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 720 (11th Cir. 2020).

Accordingly, it is now

**ORDERED:**

(1) The above-captioned case is dismissed without prejudice.  (Doc. 28).

(2) The Clerk is **DIRECTED** to enter judgment and close the file.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of September 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record